### 43182. McQUEEN v. WILSON et al.

DEEN, Judge. The opinion of the Court of Appeals in this case (*McQueen v. Wilson,* 117 Ga. App. 488 (161 SE2d 63)), having been reversed by the Supreme Court (*Wilson v. McQueen,* 224 Ga. 420), the former opinion of this court is hereby vacated, in conformity with said opinion of the Supreme Court, and the appeal is

*Dismissed. All the Judges concur.*
DECIDED JULY 16, 1968.

*Samuel D. Hewlett, Jr., L. Paul Cobb, Jr.,* for appellant.

*Arnall, Golden & Gregory, C. E. Gregory, Jr., Carpenter & Harp, LeRoy C. Hobbs, Ben Camp,* for appellees.